UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE FINK,

          Plaintiff,

   v.

THE HANOVER INSURANCE GROUP, INC., et al.,

          Defendants.

Case No. 20-cv-03907-JST

**ORDER DISMISSING CASE WITH PREJUDICE**

Re: ECF No. 49

On January 25, 2021, the Court granted Defendants' motion to dismiss Plaintiff's complaint with leave to amend. ECF No. 48. An amended complaint was due within 21 days from the date of the order. Id. at 5. On February 11, 2021, Plaintiff filed a notice that "he declines to amend the Complaint" and "understands that the Court will dismiss the matter with prejudice as stated in the January 25, 2021 Order." ECF No. 49. Accordingly, the case is now dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 11, 2021



                        JON S. TIGAR
                   United States District Judge