# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FINK,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HANOVER INSURANCE GROUP, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-03907-JST<br><br>**CLERK'S JUDGEMENT**<br>Re: Dkt. No. 50 |

Pursuant to the Order Dismissing Case with Prejudice signed February 11, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 11, 2021

                              Susan Y. Soong
                              Clerk, United States District Court



Susan Y. Soong
By:_____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR